IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL E. BALLARD,

    Plaintiff,                         No. CIV S-08-1299 DAD

    v.

MICHAEL J. ASTRUE,                 ORDER TO SHOW CAUSE
Commissioner of Social Security,

    Defendant.
_____/

        On June 10, 2008, the court issued a scheduling order which required plaintiff to file a motion for summary judgment and/or remand within a required time. On October 7, 2008, the court approved the parties' stipulation extending plaintiff's time to December 23, 2008. The required time as extended has now expired, and plaintiff has not filed a motion for summary judgment and/or remand. Good cause appearing, the court HEREBY ORDERS plaintiff to show cause in writing within fifteen days of the filed date of this order why this case should not be dismissed for lack of prosecution. Failure to <u>timely</u> file the required writing will result in dismissal of the action.

DATED: January 7, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
ddad1/orders.socsec/ballard1299.osc.ftp