IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL E. BALLARD,

    Plaintiff,                                No. CIV S-08-1299 DAD

    v.

MICHAEL J. ASTRUE,                      ORDER
Commissioner of Social Security,

    Defendant.
_____/

On January 7, 2009, plaintiff was directed to show cause in writing within fifteen days why this case should not be dismissed for lack of prosecution. Plaintiff's timely response indicates that a motion for summary judgment was not filed due to counsel's inadvertent calendaring omission after the court granted her request for an extension of time. In the interest of justice, IT IS ORDERED that plaintiff's January 22, 2009 motion (Doc. No. 16) is granted, the court's January 7, 2009 order to show cause is discharged, and plaintiff is granted a further extension of time to January 26, 2009 to file a motion for summary judgment.

DATED: January 26, 2009.

                                                            DALE A. DROZD
                                                            UNITED STATES MAGISTRATE JUDGE

DAD:kw
ddad1/orders.socsec/ballard1299.ord.oscdischarge